IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREW DELANEY, | |
| Plaintiff, | 8:25-CV-455 |
| vs. | ORDER |
| UPSOLVE, INC., a corporation, et al., | |
| Defendants. | |

This matter is before the Court on the plaintiff's motion to remand (filing 8), the Magistrate Judge's Findings and Recommendation (filing 22) that the motion be granted, and the defendants' objection (filing 23) to the findings and recommendation. The Court has reviewed the parties' briefs and the record *de novo*, pursuant to 28 U.S.C. § 636(b)(1)(C).[1] On its *de novo* review, the Court agrees with the Magistrate Judge, and will grant the motion to remand.

IT IS ORDERED:

1. The defendants' objection (filing 23) is overruled.

2. The Magistrate Judge's Findings and Recommendation (filing 22) are adopted.

---

[1] Although the Eighth Circuit has not ruled on the question, every circuit court to have decided the issue has concluded that a motion to remand should be treated as a dispositive matter in which only the Article III judge may enter an order. See *Davidson v. Georgia-Pac., L.L.C.*, 819 F.3d 758, 763-65 (5th Cir. 2016) (collecting cases).

- 2 -

3. The plaintiff's motion to remand (filing 8) is granted.

4. The defendants' motion to dismiss (filing 9) is referred to the state court for disposition.

5. This case is remanded to the District Court for Douglas County, Nebraska.

Dated this 10th day of December, 2025.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge